UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER MICHEAL TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>BOB FERGUSON, et al.,<br><br>Defendants. | CASE NO. C20-1262 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim; and

(3)   The Clerk shall enter JUDGMENT and close this case.

Dated this 16th day of November, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1